QIYAN LI, Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 12–72862.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2014.*

Filed Dec. 12, 2014.

Dennis James Eoffe, Law Office of Dennis Eoffe, Alhambra, CA, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

Victor Manuel Mercado–Santana, Trial, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: HAWKINS, McKEOWN, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Qiyan Li, a native and citizen of China, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying her application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, applying the standards governing adverse credibility determinations created by the REAL ID Act. *Shrestha v. Holder*, 590 F.3d 1034, 1039–40 (9th Cir.2010). We deny the petition for review.

Substantial evidence supports the BIA's adverse credibility determination based on Li's testimony that her alleged arrest in China occurred on the same day as her alleged baptism in the United States. *See id.* at 1048 (adverse credibility finding reasonable under the totality of circumstances). In the absence of credible testimony, Li's asylum and withholding of re-

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

moval claims fail. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.